**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00327-PAB-KMT

STEPHEN WILLIS,

    Plaintiff,

v.

TRACTOR SUPPLY COMPANY,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Stephen Willis ("Plaintiff") and Defendant Tractor Supply Company ("Defendant") (jointly, the "Parties"), by and through their respective counsel, hereby give notice to the Court that they have reached a settlement in principle, which will dispose of this litigation in its entirety.

The Parties are currently in the process of finalizing the settlement documents and anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 45 days, or no later than August 2, 2021.

Respectfully submitted this 16th day of June, 2021.

| LEWIS | KUHN | SWAN PC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/ Michael D. Kuhn* | *s/ Steven R. Reid* |
| Paul F. Lewis<br>Michael D. Kuhn<br>Andrew E. Swan<br>620 North Tejon Street, Suite 101<br>Colorado Springs, CO 80903<br>Telephone:  719.694.3000<br>Facsimile:   866.515.8628<br>plewis@lks.law<br>mkuhn@lks.law<br>aswan@lks.law | Michael H. Bell<br>Steven R. Reid<br>2000 South Colorado Boulevard<br>Tower Three, Suite 900<br>Denver, Colorado  80222<br>Telephone:  303.764.6800<br>Facsimile:   303.831.9246<br>mike.bell@ogletree.com<br>steve.reid@ogletree.com |
| *Attorneys for Plaintiff Stephen Willis* | *Attorneys for Defendant Tractor Supply Company* |

2

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of June, 2021, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff by email, as follows:

    Paul Lewis
    plewis@lks.law

    Michael Kuhn
    mkuhn@lks.law

    Andrew E. Swan
    aswan@lks.law

    *s/ Alison L. Shaw*
    Alison L. Shaw, Paralegal

3