# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00327-PAB-KMT

STEPHEN WILLIS,

    Plaintiff,

v.

TRACTOR SUPPLY COMPANY,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Stephen Willis and Defendant Tractor Supply Company, by and through their respective counsel, hereby jointly stipulate to the dismissal of this action with prejudice, each party to bear his or its own fees and costs.

Respectfully submitted this 2nd day of August, 2021.

| LEWIS | KUHN | SWAN PC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/ Michael D. Kuhn* | *s/ Steven R. Reid* |
| Paul F. Lewis<br>Michael D. Kuhn<br>Andrew E. Swan<br>620 North Tejon Street, Suite 101<br>Colorado Springs, CO 80903<br>Telephone: 719.694.3000<br>Facsimile: 866.515.8628<br>plewis@lks.law<br>mkuhn@lks.law<br>aswan@lks.law | Michael H. Bell<br>Steven R. Reid<br>2000 South Colorado Boulevard<br>Tower Three, Suite 900<br>Denver, Colorado 80222<br>Telephone: 303.764.6800<br>Facsimile: 303.831.9246<br>mike.bell@ogletree.com<br>steve.reid@ogletree.com |
| *Attorneys for Plaintiff Stephen Willis* | *Attorneys for Defendant Tractor Supply Company* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of August, 2021, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff by email, as follows:

    Paul Lewis
    plewis@lks.law

    Michael Kuhn
    mkuhn@lks.law

    Andrew E. Swan
    aswan@lks.law

                                  *s/ Alison L. Shaw*
                                  Alison L. Shaw, Paralegal